

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 16, 2018

United States Bankruptcy Judge

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | Case Number: 17-45043-RFN |
| MARQUETTA RENEE WRIGHT | § § § § | Chapter 13<br><br>JUDGE RUSSELL F NELMS |

### ORDER APPROVING MODIFIED PLAN

AT FORT WORTH IN SAID DISTRICT:

On this day came on for consideration the "Modification of Plan After Confirmation" filed June 08, 2018.  The Court finds that notice was and is appropriate under the circumstances, and that the Modification should be approved subject to the following conditons, if any:

IT IS THEREFORE ORDERED that the Modified Plan filed June 08, 2018, be and the same is hereby approved, subject to the following conditions, if any:

New Plan Payment(s) to Trustee Amounts and Terms: (forward looking only)

| Start Date | Periods | Amount | How Often |
|---|---|---|---|
| 06/13/2018 | 3.00 | $379.00 | MONTHLY |
| 09/13/2018 | 52.00 | $421.00 | MONTHLY |
| 01/13/2023 | End of Plan | $0.00 | MONTHLY |

Debtor's new payment will be on or before:  06/13/2018

THE PLAN BASE SHALL BE CHANGED TO $24,345.00 IN 60 MONTHS.

All other proposed plan modification changes remain the same.

Attorney fees in excess of $400.00 shall not be paid unless and until a fee application has been approved by the Court.

IT IS FURTHER ORDERED that upon surrender of any secured collateral through this Modification, the automatic stay is terminated as to the secured creditor as of the surrender date, to permit said creditor to conduct a non-judicial foreclosure sale.

IT IS FURTHER ORDERED that 30 days written notice to the debtor, debtor's counsel, the Chapter 13 Trustee, and all creditors adversely affected by such modification and opportunity for hearing, is appropriate under the circumstances.

# # # End of Order # # #